UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARYELIZABETH B. GLASGOW,

                      Plaintiff,

v.                                              5:18-CV-0721
                                             (GTS/ATB)

CNYRTA/CENTRO, INC.; CHARLES O'BRIEN,
a/k/a Chuck O'Brien; WILLIAM HARRIS, a/k/a
Bill Harris; NATASHA RANDALL; BOB LNU,
at dispatch desk of Centro, Inc.; CHARLES
ASCEVEDO; LINDA MONTROY; STEVE
KOEGEL; CHRISTINE LoCURTO; CNYRTA/
CENTRO, INC., HUMAN RESOURCES/
ACCOUNTING DEPT./OPERATIONS DEPT.;
and CENTRO, INC.,

                      Defendants.
_____

APPEARANCES:

MARYELIZABETH B. GLASGOW
  Plaintiff, *Pro Se*
P.O. Box #14
Syracuse, New York 13201

GLENN T. SUDDABY, Chief United States District Judge

## **DECISION and ORDER**

      Currently before the Court, in this *pro se* civil rights action filed by MaryElizabeth B. Glasgow ("Plaintiff") against the above-captioned entities and individuals ("Defendants") asserting claims pursuant to 42 U.S.C. § 1983 and a *Bivens* arising from her allegedly improper termination of employment, is United States Magistrate Judge Andrew T. Baxter's Report-Recommendation recommending that Plaintiff's Amended Complaint be *sua sponte* dismissed in its entirety for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (Dkt. No. 8.)

Plaintiff has not submitted an objection to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant papers herein, including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation:[1] Magistrate Judge Baxter employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, and Plaintiff's Amended Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 8) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 7) is *sua sponte* **DISMISSED** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: November 20, 2018
　　　　Syracuse, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Glenn T. Suddaby
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).